AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
для
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 02, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JAMES JOHNSON,  *Plaintiff*  v.  C/O CHAVEZ and C/O FULLER,  *Defendants* | Civil Action No. 2:25-cv-00499-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff's Affidavit and Motion to Waive Filing Fee, asking the Court to waive the filing fee. ECF No. 8 is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   MARY K. DIMKE


Date: 02/02/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*